**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **AMERICAN GNC CORPORATION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:17-cv-00620-ALM-KPJ |
| | § | |
| ZTE (USA) Inc. and ZTE (TX), Inc., | § | |
| | § | |
| Defendants. | § | |

**ORDER EXTENDING STAY**

On May 23, 2018, the Court entered an order staying all proceedings and deadlines until July 23, 2018 (Dkt. 140). On July 24, 2018, the stay was extended to August 22, 2018 (Dkt. 143). On August 22, 2018, the parties filed a Joint Status Report (the "Report") (Dkt. 146) indicating that the parties continue to engage in settlement negotiations, but no agreement has yet been finalized. *See id*. The Reports seeks an extension to September 5, 2018, to advise the Court regarding any further developments. *Id*.

**IT IS THEREFORE ORDERED** that all proceedings and deadlines in this case are **STAYED until September 5, 2018**, or pending further order of the Court.

**IT IS FURTHER ORDERED** that if the case is not settled by September 5, 2018, the parties will submit a joint status report and proposed scheduling order on that date.

**IT IS FURTHER ORDERED** that in light of the stay and the pending settlement negotiations, Defendants ZTE (USA) Inc. or ZTE (TX) Inc.'s Motion to Compel Compliance with Patent Rule 3-1 (Dkt. 71) is hereby **DENIED** without prejudice to re-filing if the parties fail to reach a settlement in this case.

**IT IS SO ORDERED**.

**SIGNED this 24th day of August, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE